

## NUMBER 13-16-00371-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

RANDALL THOMAS CHAMBERLAIN,                                    Appellant,

v.

DARIEN HELEN CHAMBERLAIN,                                        Appellee.

### On appeal from County Court
### of Burnet County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Hinojosa**
**Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to dispose of appeal pursuant to

Texas Rule of Appellate Procedure 42.1(a)(2)(B).[1]   The parties have compromised and

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

settled all issues addressed on appeal. Pursuant to agreement, the parties request this Court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties.

The Court has considered the motion and it is the Court's opinion that the motion should be granted. The joint motion to dispose of appeal is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
12th day of January, 2017.